CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 10 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES,<br>Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00608 |
| v. | ) ) | **MEMORANDUM OPINION** |
| THE UNITED STATES MARSHAL<br>SERVICE, et al.,<br>Defendants. | ) ) ) ) | By: Hon. Michael F. Urbanski<br>United States District Judge |

Owaiian M. Jones, a Virginia inmate proceeding pro se, commenced this civil action

pursuant to 42 U.S.C. § 1983. Upon a review of court records, it appears that Plaintiff had at

least three non-habeas civil actions or appeals dismissed as frivolous, as malicious, or for failing

to state a claim before he commenced this action. See, e.g., Jones v. United States of America,

No. 7:14-cv-00410, slip op. at 2-3 (W.D. Va. Aug. 6, 2014), appeal dismissed as frivolous, No.

14-7188, slip op. at 2 (4th Cir. Dec. 16, 2014); Jones v. United States District Court for the

Western District of Virginia, No. 7:14-cv-00499, slip op. at 2 (W.D. Va. Sept. 30, 2014); see also

McLean v. United States, 566 F.3d 391, 399 (4th Cir. 2009) (dismissals without prejudice for

frivolousness should not be exempted from 28 U.S.C. § 1915(g)). Inasmuch as the record

provides no reason to exempt Plaintiff from 28 U.S.C. § 1915(g), the court dismisses this action

without prejudice for Plaintiff's failure to pay the filing fee when filing the complaint.[1] See, e.g.,

Dupree v. Palmer, 284 F.3d 1234, 1237 (11th Cir. 2002) (reasoning that the filing fee is due upon

filing a civil action when in forma pauperis provisions do not apply to plaintiff and that the court

---

[1] Plaintiff's handwritten complaint is nearly illegible. As best as the court can determine, Plaintiff claims in the first paragraph that the jail has a secret file on him. The second paragraph is largely unintelligible. Although it appears to reference mental health concerns, the court cannot decipher whether plaintiff is referring to himself or a defendant. Utterly devoid of context or explanation, the court does not read the second paragraph to allege an imminent danger to Plaintiff.

is not required to permit plaintiff an opportunity to pay the filing fee after recognizing plaintiff is ineligible to proceed in forma pauperis).

ENTER: This ___10___ day of November, 2015.

/s/ Michael F. Urbanski
United States District Judge

Case 7:15-cv-00608-MFU-RSB   Document 2   Filed 11/10/15   Page 2 of 2   Pageid#: 4